IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA

v.                                                  CASE NO.: 1:12cr35-SPM

TODD EDWARD ALDRIDGE

_____/

## ACCEPTANCE OF GUILTY PLEA

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there have been no timely objections, and subject to the court's consideration of any Plea Agreement pursuant to Fed. R. Crim. P. 11(e)(2), the plea of guilty of the defendant, TODD EDWARD ALDRIDGE, to Count One of the indictment is hereby **ACCEPTED**. All parties shall appear before this court for sentencing as directed.

**DONE AND ORDERED** this 8th day of February, 2013.

                                           *s/ M. Casey Rodgers*
                                           **M. CASEY RODGERS**
                                           **CHIEF UNITED STATES DISTRICT JUDGE**