IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

UNITED STATES OF AMERICA,

v.                          CASE NOS. 1:12-cr-35-MW/GRJ
                                               1:13-cv-252-MW/GRJ

TODD EDWARD ALDRIDGE,

       **Defendant.**
_____/

## ORDER ACCEPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate's Report and Recommendation, ECF No.49, filed December 12, 2014, and has also reviewed *de novo* Plaintiff's objections to the report and recommendation, ECF No. 50, filed December 23, 2013. Upon consideration

IT IS ORDERED:

The report and recommendation is **accepted and adopted** as the Court's opinion. The Clerk shall enter judgment stating, "The motion to vacate, set aside, or correct sentence, ECF No. 48, is **DENIED**. A certificate of appealability is

**DENIED**." The Clerk shall close the files.

**SO ORDERED on January 3, 2014.**

<u>**s/Mark E. Walker**</u>
**United States District Judge**